# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 16, 2007

*Before* [*]

**Hon.** BOYCE F. MARTIN, JR., *Circuit Judge*

**Hon.** JULIA SMITH GIBBONS, *Circuit Judge*

**Hon.** JEFFREY S. SUTTON, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff-Appellee,<br><br>No. 06-1304                    v.<br><br>GALE NETTLES,<br>        Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 04 CR 699<br>]<br>] John F. Keenan,[**]<br>]        Judge. |

## O R D E R

The opinion of this court issued on February 12, 2007, is amended as follows:

On page 3, fourth line from the bottom, change "May and June" to "May and July".

On page 4, second full paragraph, line 9, change "July 31, 2006" to July 31, 2004".

On page 6, second full paragraph, line 15, change "September 1, 2004" to "September 15, 2005".

---

[*] The Honorable Boyce F. Martin, Jr., Julia Smith Gibbons, and Jeffrey S. Sutton, Circuit Judges for the United States Court of Appeals for the Sixth Circuit, are sitting by designation.

[**] The Honorable John F. Keenan, District Judge for the Southern District of New York, is sitting by designation.